Submitted on briefs January 31, affirmed February 20, 1973

STATE OF OREGON, *Respondent, v.* ROBIN ELAINE ROBERTS (No. 40936), *Appellant.*

506 P2d 528

Terry K. Haenny, Salem, for appellant.

Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem, for respondent.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

PER CURIAM.

This is a companion case to *State v. Newman,* 12 Or App 266, 506 P2d 523 (1973). The issues presented are identical.

Affirmed.